IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALBERT JUNIOR CRAFT                                                          PLAINTIFF

VS.                                                   CIVIL ACTION NO.  5:05cv111DCBJCS

JOHNNY WILLIAMS, ET AL.                                              DEFENDANTS

JUDGMENT

      This matter having come on to be heard on this date upon the Report and

Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after

a full review of the record, having adopted said Report and Recommendation as the finding of

this Court by Order dated this day, finds that this matter should be dismissed without prejudice as

to Defendants Johnny Williams and Lawrence Walton, and with prejudice as to Defendants

Dolan Waller, V. Vines Stanley Carter, Gabriel Walker and Leon Perry.

      IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be,

and the same is hereby, dismissed.

      SO ORDERED this the  _21st__  day of December06.


              _____s/ David Bramlette_____
              UNITED STATES DISTRICT JUDGE